# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158015(42)

KEAGAN FARRIS, by and through his
Next Friend, JAMES FARRIS,
           Plaintiff-Appellant,

v

JOHN H. MCKAIG, II,
           Defendant-Appellee.
_____/

SC: 158015
COA: 337366
Antrim CC: 2016-009053-NM

       On order of the Chief Justice, the motion to substitute "ELIZABETH ELLEN MCKAIG, Personal Representative of the Estate of JOHN H. MCKAIG, II" as the defendant-appellee in all further proceedings before this Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk